AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ARTEMIS PREESHL<br><br>*Plaintiff(s)*<br>v.<br>LOYOLA UNIVERSITY NEW ORLEANS AND GEORGIA GRESHAM<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-03040 J (4)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Loyola University New Orleans
through its Registered Agent *Personal Thomas Screen*
6363 St. Charles Avenue, Box 009
New Orleans, Louisiana 70118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa Brener and Chelsea Cusimano
Brener Law Firm, LLC
3640 Magazine Street
New Orleans, LA 70115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Apr 22 2016__

*Newman*
Deputy clerk's signature

Civil Action No. 16-03040

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Screen
was received by me on *(date)* 4-25-16 .

☒ I personally served the summons on the individual at *(place)* 6363 St. Charles
Ste 240 New Orleans La 70118 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-25-16

*Kasey Chaurin*
Server's signature

Kasey Chaurin    process server
Printed name and title

201 St Charles Ave Ste 114-320
Server's address  New Orleans 70117

Additional information regarding attempted service, etc: